UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>$13,118.00 in U.S. Currency,<br><br>    Defendant. | Civil Action No.:  1:22-cv-998 (GTS/CFH)<br><br>**ORDER BARRING ALL FURTHER CLAIMS** |

Upon consideration of the United States' status report, and the Court being satisfied that the government has provided notice to all known potential claimants pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is hereby

ORDERED that, with the exception of the claim of Vernon J. Wright, Jr., all future claims to the defendant property are forever barred, and it is further

ORDERED that, within thirty days after the filing of this order, the United States shall contact the claimants, though their counsel, to set out and agree upon a schedule of expiration dates dealing with joinder of parties, amendment of pleadings, discovery, filing of motions and a proposed trial date, and memorialize this agreement in a stipulation form which shall be signed by the parties and so ordered by the assigned United States Magistrate Judge.

    IT IS SO ORDERED.

Dated:  December 1, 2022

Glenn T. Suddaby
U.S. District Judge